# Order

Michigan Supreme Court
Lansing, Michigan

January 24, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154430

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC:  154430
COA:  333645
Antrim CC:  2014-004684-FH

ANGELA MARIE WAY,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 22, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2017



Clerk

a0117